No. 243. BLOUNT BROTHERS CONSTRUCTION Co. *v.* J. P. GREATHOUSE STEEL ERECTORS, INC. C. A. D. C.

848

Cir. Certiorari denied. *Frederick A. Ballard* for petitioner. *Edward M. Statland* for respondent.